WEI YOU WU, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–1805.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2010.

Decided: May 6, 2010.

Wendy Tso, Law Office of Wendy TSO, P.C., New York, New York, for Petitioner. Tony West, Assistant Attorney General, Mary Jane Candaux, Assistant Director, Aimee J. Frederickson, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before MICHAEL,* GREGORY, and DAVIS, Circuit Judges.

* Judge Michael was a member of the original panel but did not participate in this decision. This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wei You Wu, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's decision denying his motion to reopen. We have reviewed the administrative record and find no abuse of discretion in the denial of relief on Wu's motion. *See* 8 C.F.R. §§ 1003.2(a), 1003.23(b)(1) (2009). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Wu* (B.I.A. June 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*